UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAEKYUNG ANNE HAN, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:19-cv-00477-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES** |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The initial case schedule is amended as follows:

| **Deadline** | **Date** |
|---|---|
| Defendant's Answer or 12(b) Motion Due | 5/30/2019 |
| FRCP 26(f) Conference | 6/19/2019 |
| Initial Disclosures | 6/26/2019 |
| Combined Joint Status Report and Discovery Plan | 7/3/2019 |

ORDER GRANTING STIPULATED MOTION
TO EXTEND CASE DEADLINES
Case No. 2:19-CV-00477

DATED this 10th day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO EXTEND CASE DEADLINES - 2 -
Case No. 2:19-CV-00477