THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAEKYUNG ANNE HAN, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:19-cv-00477-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES** |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Case Deadlines. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. The initial case schedule is amended as follows:

| Deadline | Date |
|---|---|
| Defendant's Answer or 12(b) Motion Due | 6/20/2019 |
| FRCP 26(f) Conference | 7/10/2019 |
| Initial Disclosures | 7/17/2019 |
| Combined Joint Status Report and Discovery Plan | 7/24/2019 |

ORDER GRANTING STIPULATED MOTION
TO EXTEND
CASE DEADLINES
Case No. 2:19-CV-00477

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

DATED this 3 day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented on this 29th day of May, 2019,

*s/ James R. Morrison*
James R. Morrison, WSBA #43043
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, Washington 98104
Tel: (206) 332-1380
Fax: (206) 624-7317
Email: jmorrison@bakerlaw.com

*s/ Michael Terasaki*
Michael Terasaki, WSBA #51923
Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, WA 98105
Tel: (206) 971-1124
Email: terasaki@wacda.com

*s/ Conrad Reynoldson*
Conrad Reynoldson
Washington Civil & Disability Advocate
3513 NE 45th Street, Suite G
Seattle, WA 98105
Tel: (206) 876-8515
Email: conrad@wacda.com

*Attorneys for Plaintiffs Haekyung Anne Han*

ORDER GRANTING STIPULATED MOTION
TO EXTEND
CASE DEADLINES - 2 -
Case No. 2:19-CV-00477

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380