IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAEKYUNG ANNE HAN, a Washington resident,

    Plaintiff,

v.

SIMON PROPERTY GROUP, INC., a Delaware corporation,

    Defendant.

Case No.: 2:19-cv-00477-RSM

**NOTICE OF DISMISSAL PURSUANT TO RULE 41**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Haekyung Anne Han and her counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties. Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

//

NOTICE OF DISMISSAL PURSUANT TO RULE 41 - Page 1 of 3

Case NO. 2:19-cv-00477-RSM

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

1  DATED THIS 20th day of June, 2019

2                                      Respectfully submitted,

3  **WASHINGTON CIVIL AND DISABILITY ADVOCATE**

4

5  *s/ Michael Terasaki*
   Michael Terasaki, WSBA# 51923
   4115 Roosevelt Way NE, Suite B
   Seattle, WA 98105
   terasaki@wacda.com
   (206) 971-1124

23  NOTICE OF DISMISSAL PURSUANT TO RULE 41 - Page 2 of 3

                               WASHINGTON CIVIL & DISABILITY ADVOCATE
                               4115 Roosevelt Way NE, Suite B
                               Seattle, WA 98105
                               (206) 428-3558

Case NO. 2:19-cv-00477-RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to all parties of record.

s/ Michael Terasaki
Michael Terasaki
*Attorney for Plaintiff*

NOTICE OF DISMISSAL PURSUANT
TO RULE 41 - Page 3 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

Case NO. 2:19-cv-00477-RSM